| | |
|---|---|
| 1 | LESLIE J. GIRARD, SBN 098986 |
| | County Counsel |
| 2 | MICHAEL R. PHILIPPI, SBN 120967 |
| 3 | Deputy County Counsel |
| | ELLEN S. LYONS, SBN 136011 |
| 4 | Deputy County Counsel |
| 5 | County of Monterey |
| | 168 W. Alisal Street, Third Floor |
| 6 | Salinas, California 93901-2653 |
| | Telephone: (831) 755-5045 |
| 7 | Facsimile: (831) 755-5283 |
| 8 | philippimr@co.monterey.ca.us |
| | lyonse@co.monterey.ca.us |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR MANUEL MOYA, | Case No.: 19-cv-00726-NC |
| Plaintiff, | Honorable Nathaniel Cousins |
| vs. | **STIPULATION AND [Proposed] ORDER OF DISMISSAL** |
| COUNTY OF MONTEREY, a local governing body, SHERIFF STEVE BERNAL, in his individual capacity, RICHARD ORWIN, in his individual capacity, and DOES 1 through 10, | |
| Defendants. | |

Pursuant to settlement agreement of the parties, all parties, by and through their attorneys of record, hereby stipulate to the dismissal of this entire action, with prejudice, with all parties to bear their own costs and attorney fees.

WHEREFORE, it is respectfully submitted.

DATED: January 11, 2020          **LESLIE J. GIRARD, COUNTY COUNSEL**

_____/s/ *Michael R. Philippi*_____
Michael R. Philippi, Deputy County Counsel
Attorneys for Defendants, County of Monterey,
Sheriff Steve Bernal and Richard Orwin

| | | |
|---|---|---|
| DATED: January 11, 2020 | | **PICCUTA LAW GROUP, LLP** |

_____/s/ *C.T. Piccuta*_____
Charles Tony Piccuta
Attorneys For Plaintiff, Victor Manuel Moya

Pursuant to Northern District General Order 45(X)(B), I hereby attest that I have on file approval for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

DATED: January 11, 2020             **LESLIE J. GIRARD, COUNTY COUNSEL**

_____/s/ *Michael R. Philippi*_____
Michael R. Philippi, Deputy County Counsel
Attorneys for Defendants, County of Monterey,
Sheriff Steve Bernal and Richard Orwin

**ORDER**

IT IS SO ORDERED. The Clerk shall close the file.

Dated: January 13, 2020          By: _____
HON. NATHANIEL
U.S.

///

//

*GRANTED — Judge Nathanael M. Cousins*
*United States District Court, Northern District of California*